UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN D. LIPSKA,

    Plaintiff,

  v.

CORRECTIONAL OFFICER NILES *et al.*,

    Defendants.

Case No.  C07-5675RJB/JKA

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for appointment of counsel  (Dkt. # 10).

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

ORDER
Page - 1

1   Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*. This case does not
2 involve exceptional circumstances which warrant appointment of counsel. Accordingly, Plaintiff's Motion
3 to Appoint Counsel, (Dkt. # 10), is **DENIED**.

4   The Clerk is directed to send a copy of this Order to plaintiff.

6   DATED this 21 day of February, 2008.

8   /S/ *J. Kelley Arnold*
    J. Kelley Arnold
9   United States Magistrate Judge

ORDER
Page - 2