1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KEVIN D. LIPSKA,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER NILES *et al.*,<br><br>    Defendants. | Case No.  C07-5675RJB/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation;

 (2) Plaintiff's motion for an injunction is **DENIED.**

 (3) Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 13th day of June, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1